IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) MICHAEL DELANEY, )
)
      Plaintiff, )
)
v. ) Case No. 4:21-cv-00544-GAG-SH
)
(1) CITY OF TULSA, OKLAHOMA, )
(2) AARON RUSSELL, )
)
      Defendants. )

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff Michael Delaney, with consent of the Defendants, jointly stipulate to Plaintiff's voluntary dismissal with prejudice of Defendant Aaron Russell, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each of these parties to bear their own costs and attorney's fees in relation thereto.

      This dismissal does *not* dispose of all remaining claims in this action. Specifically, this dismissal does not impact Plaintiff's remaining claims against Defendant City of Tulsa, Ok.

      Respectfully submitted,

      /s/Bryon D. Helm
      Daniel E. Smolen, OBA #19943
      Robert Blakemore, OBA #18656
      Bryon D. Helm, OBA #33003
      SMOLEN & ROYTMAN
      701 S. Cincinnati Ave.
      Tulsa, Oklahoma 74119
      P: (918) 585-2667
      F: (918) 585-2669
      ***Attorneys for Plaintiff***

/s/R. Lawson Vaughn
R. Lawson Vaughn, OBA # 21557
T. Michelle McGrew, OBA # 20279
Senior Assistant City Attorneys
175 E. Second Street, Suite 685
Tulsa, OK 74103
(918) 596-7717 Telephone
(918) 596-9700 Facsimile
***Attorneys for Defendant
City of Tulsa, Oklahoma***


And


/s/Gary J. James
Gary J. James, OBA # 12718
Gary J. James & Associates, P.C.
P.O. Box 2443
Oklahoma City, OK 73101
(405) 521-9900 Telephone
(405) 488-0529
***Attorney for Defendant Russell***